UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Alvin Wilkins**                                    Docket No. 5:07-CR-120-1BO

**Petition for Action on Supervised Release**

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alvin Wilkins, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 5 Kilograms of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 28, 2008, to the custody of the Bureau of Prisons for a term of 133 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Alvin Wilkins was released from custody on October 30, 2015, at which time the term of supervised release commenced.

On September 21, 2016, the defendant was charged with Driving While Impaired in Wake County, North Carolina. The court was made aware of the charges and the recommendation was to allow the matters to resolve themselves in state court. The court concurred with the recommendation. The cases were subsequently dismissed on May 15, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 10, 2017 the defendant was charged with Driving While Impaired and Driving While License Revoked by the North Carolina State Highway Patrol in Wake County, North Carolina. The cases remain pending in North Carolina state court. Previously, on September 21, 2016 the defendant was charged with Driving While Impaired in Wake County case 16CR218857. That case has since been dismissed.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

Except as herein modified, the judgment shall remain in full force and effect.

Alvin Wilkins
Docket No. 5:07-CR-120-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Taylor R. O'Neil<br>Taylor R. O'Neil<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8698<br>Executed On: December 11, 2017 |

### ORDER OF THE COURT

Considered and ordered this __13__ day of __December__, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge